# Supreme Court of Kentucky

2023-SC-0167-T

DAVID ARMSTRONG, ET AL                         MOVANTS

ON MOTION TO TRANSFER

V.            COURT OF APPEALS NO. 2023-CA-0409
          CAMPBELL CIRCUIT COURT NO. 22-CI-00457

CAMPBELL COUNTY AND MUNICIPAL          RESPONDENTS
PLANNING AND ZONING
COMMISSION AND ITS MEMBERS, ET
AL

## ORDER DENYING TRANSFER

The Motion to Transfer filed by David Armstrong, Jenelle Armstrong, Christina and Pete Neises, Kathleen Vickers, Michael Metzger, Anna Zinkhon Margaret Coomer, Sandy Snell, Noel Roberts, Terese and Henry Meeks, Michael Heringer, and Margaret Heringer is DENIED.

All sitting. All concur.

ENTERED: August 24, 2023.

_____
CHIEF JUSTICE